IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNNY SIMEON DALAN and THELMA DALAN,

    Plaintiffs,

  v.

RECONTRUST COMPANY, ET AL.,

    Defendants.

No. C 09-05709 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on January 29, 2010 on Defendants' motion to dismiss and to expunge lis pendens. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 7, 2010 and a reply brief shall be filed by no later than January 14, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 18, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE