IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY SIMEON DALAN and THELMA DALAN,<br><br>Plaintiffs,<br><br>v.<br><br>RECONTRUST COMPANY, ET AL.,<br><br>Defendants.<br>_____/ | No. C 09-05709 JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

On December 18, 2009, this Court issued an order requiring Plaintiffs to file an opposition to Defendants' pending motion to dismiss and to expunge lis pendens by no later than January 7, 2010. No such opposition has been filed.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE, in writing, why this case should not be dismissed for failure to prosecute. If Plaintiffs seek to file a belated opposition to Defendants' motion, they must demonstrate good cause for the late filing, and shall file a copy of the opposition brief with the request to late file. Plaintiffs' response to this Order to Show Cause and any request to late file their opposition must be filed with the Court and served on Defendants by no later than January 22, 2010.

The hearing set for January 29, 2010 at 9:00 a.m. is HEREBY VACATED. The Court shall reschedule the hearing date, if necessary, after the Court has considered Plaintiffs' response to this Order to Show Cause and any request to late file an opposition brief to Defendants' motion.

Plaintiffs are HEREBY ADVISED that failure to respond to this Order to Show Cause shall result in a dismissal of this action, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

SUNNY SIMEON DALAN et al,

    Plaintiff,

  v.

RECONTRUST COMPANY et al,

    Defendant.
                                  /

Case Number: CV09-05709 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sunny Simeon Dalan
58 Renwood Lane
American Canyon, CA 94503

Thelma Dalan
58 Renwood Lane
American Canyon, CA 94503

Dated: January 12, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk